THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 16, 2013



_____
Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: | MICHAEL J. MILES | |
|---|---|---|
| | TERRI L. MILES | Chapter 13 Bankruptcy |
| | Debtors | Case No. 11-31482 MDM |

### ORDER DISMISSING CASE - CONFIRMED PLAN

An order for relief under 11 USC Chapter 13 was entered in the case of the debtors named above, a subsequent motion to dismiss the case was filed pursuant to 11 USC Sec. 1307 (c), and it was determined after notice and a hearing on the motion, or no hearing having been held in the absence of an objection or request for hearing, that the case should be dismissed for the following reason(s):

Failure to make payments as required by 11 USC 1326.

IT IS HEREBY ORDERED:
1. The case of the debtor(s) is hereby dismissed.

2. The Trustee is authorized to distribute funds being held in this case pursuant to the confirmed Plan as and for adequate protection for the creditors.

#####